***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted October 6, vacated and remanded November 9, 2022

In the Matter of the Change of Name of
Richard Francis Weaver, Jr.

Richard Francis WEAVER, Jr.,
*Petitioner-Appellant.*

Marion County Circuit Court
20CV18240; A174180

Jennifer K. Gardiner, Judge.

Richard Francis Weaver, Jr., filed the brief *pro se.*

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

TOOKEY, P. J.

Vacated and remanded.

**TOOKEY, P. J.**

Petitioner filed an application for change of name under ORS 33.410. The application was denied by the trial court. The judgment denying the application contains no explanation for the denial. Petitioner now appeals from that judgment.

ORS 33.410 states that a "change of name shall be granted by the court unless the court finds that the change is not consistent with the public interest." During the pendency of this appeal, we interpreted that statute to require that, in denying an application for a name change, a trial court must make written or oral findings, based on facts in the record, that the change of legal name is inconsistent with the welfare or well-being of the general public. *Jondle*, 317 Or App 303, 312, 506 P3d 480 (2022). The judgment denying the application contains no finding that petitioner's change of legal name is inconsistent with the public interest.[1] We therefore vacate the judgment denying the change of legal name and remand to the trial court for it to reconsider the petition.

Vacated and remanded.

---

[1] Petitioner is currently incarcerated and disclosed his criminal history on his petition for change of legal name. However, we have explained that "nothing in [the] text, context, and legislative history suggests that the mere fact of a petitioner's criminal conviction or incarceration is among the reasons for which ORS 33.410 authorizes a circuit court to deny a change of legal name as 'not consistent with the public interest.'" *Jondle*, 317 Or App at 312 (quoting ORS 33.410).